**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2107**

AVERY M. RIGGSBEE,

Plaintiff - Appellant,

v.

W. BAIN JONES, JR., Judge; GOVERNMENT EMPLOYEES FOR CONSTITUTIONAL VIOLATION OF NON STOP PAY OUT,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:16-cv-00444-WO-LPA)

Submitted:  December 19, 2017                    Decided:  December 21, 2017

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Avery M. Riggsbee, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Avery M. Riggsbee appeals the district court's order dismissing his action for failure to timely and fully comply with the magistrate judge's order to correct significant procedural errors in his complaint and application to proceed in forma pauperis. *See* Fed. R. Civ. P. 41(b). A plaintiff's failure to comply with a court order may warrant involuntary dismissal. *Id.* We review such a dismissal for abuse of discretion. *Ballard v. Carlson*, 882 F.2d 93, 95-96 (4th Cir. 1989) (noting that dismissal is appropriate sanction where litigant disregarded court order despite warning that failure to comply with order would result in dismissal).

Our review of the record reveals no abuse of discretion in the court's decision to dismiss Riggsbee's complaint. We therefore grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Riggsbee v. Jones*, No. 1:16-cv-00444-WO-LPA (M.D.N.C. Sept. 12, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

2